March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                         -v-

Frank DeLorenzo            ,
                                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEOCONFERENCE**

~~_____ -CR- 5200 (___) (___)~~
~~20~~

20 MJ 5200

Defendant ___Frank DeLorenzo_____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

__X__    Initial Appearance/Appointment of Counsel

____    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

____    Preliminary Hearing on Felony Complaint

____    Bail/Revocation/Detention Hearing

____    Status and/or Scheduling Conference

____    Misdemeanor Plea/Trial/Sentence

/s/ Frank DeLorenzo, signed by USMJ Smith
with permission of the Defendant
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Frank DeLorenzo
_____
Print Defendant's Name

James R. DeVita    Digitally signed by James R.
                   DeVita
                   Date: 2020.05.27 11:31:48 -04'00'
_____
Defense Counsel's Signature

James R. DeVita
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

5/27/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge